

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-09-00079-CV
_____

LEWIS CORNELIUS TUCKER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Sixth Judicial District Court
Lamar County, Texas
Trial Court No. 23001

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Lewis Cornelius Tucker has filed an appeal from an order directing garnishment of and withdrawal of money from his inmate trust account. TEX. GOV'T CODE ANN. § 501.014 (Vernon Supp. 2008). The order was signed June 1, 2009, although it was not file-marked by the Lamar County District Clerk until three weeks later, on June 22. No motion for new trial was filed either from his conviction (he was sentenced on June 1, 2009) or from the order.

In order to perfect an appeal to this Court from the June 1, 2009, order of garnishment, Tucker was required to file a notice of appeal within thirty days of that date, on or before July 1, 2009. *See* TEX. R. APP. P. 26.1. The rule also provides a fifteen-day grace period, which would have expired July 30. This notice of appeal was filed on August 20, 2009. It is untimely, and cannot serve to invoke the jurisdiction of this Court.[1]

---

[1] A clerk's record was filed in conjunction with Tucker's appeal from his conviction, which contains the relevant documents to this appeal, in cause number 06-09-00164-CR. That appeal was dismissed September 10, 2009. We direct that the record in that appeal be likewise filed and utilized in this appeal.

We have no jurisdiction over this appeal. There being no timely notice of appeal from the order to withdraw funds from Tucker's trust account, we dismiss this appeal for want of jurisdiction.


Jack Carter
Justice

Date Submitted:     October 14, 2009
Date Decided:      October 15, 2009